**U.S. Bankruptcy Court**
Northern District of Illinois

In re:
Bankruptcy Case No. 14-15936
LAWRENCE RONALD RAUCCI

Debtor

Adversary Proceeding No. 15-00860
BARRY A CHATZ

Plaintiff

v.

KIM RAUCCI
ITALK MEDIA SOLUTIONS, INC.

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** KIM RAUCCI

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Gregory K Stern |
| 53 West Jackson Blvd. |
| Suite 1442 |
| Chicago, IL 60604 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom 744 | 01/05/2016 at 10:30AM |
| Chicago IL 60604 | |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued
11/24/2015

*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

# CERTIFICATION OF SERVICE

I, MONICA C. O'BRIEN of GREGORY K. STERN, P.C., 53 W. JACKSON BLVD., STE 1442, CHICAGO, ILLINOIS, certify that I am, and at all times during the service was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and Complaint was delivered on November 24, 2015 by:

__XX__   Mail service: Regular, First Class United States mail, postage fully pre-paid, addressed to:

Kim Raucci
734 Illinois Road
Wilmette, Illinois  60091


____  Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

____  Residence Service:  By leaving the process with the following adult at:

____  Publication:  The defendant was served as follows:  [Describe briefly]

____  State Law:  The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly

I certify under penalty or perjury that the foregoing is true and correct.


Executed on:  November 24, 2015                          /s/ Monica C. O'Brien
              [Date]                                     [Signature]



Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558