UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lawrence R. Raucci | ) | BK No.: 14-15936 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy A. Barnes |
| Debtor(s)<br>Barry A. Chatz, Trustee | ) | Adv. No.: 15-00860 |
| Plaintiff(s)<br>Kim Raucci and Italk Media Solutions, Inc. | ) | |
| Defendant(s) | ) | |

## ORDER FOR SUBSTITUTION OF ATTORNEYS

THIS CAUSE coming on to be heard on Defendants' motion for substitution of attorneys, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that David P. Lloyd of the firm of David P. Lloyd, Ltd., is given leave to substitute as counsel, in the place of Paul M. Bach, for Defendants Kim Raucci and Italk Media Solutions, Inc.

Enter:

United States Bankruptcy Judge

Dated: 17 FEB 2016

**Prepared by:**
David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525

708-937-1264
Fax: 708-937-1265

Rev: 20151029_apo